AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Chin, Denny | 2. Court or Organization<br><br>Second Circuit | 3. Date of Report<br><br>04/26/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| U.S. Courthouse<br>40 Foley Square, Room 2003<br>New York, New York 10007 |

| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Fordham Law School |
| 2. | Board Member | Fordham Law Review Alumni Association |
| 3. | Board Member, Vice President | Fordham Law Alumni Association |
| 4. | Executive Committee Member | Federal Bar Council Inn of Court |
| 5. | Adjunct Professor | Yale University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chin, Denny** | 04/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Fordham Law School, wages for teaching | $8,440.00 |
| 2. 2020 | Yale Law School, wages for teaching | $20,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Law firm income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University | January 16, 2020 | New Haven, CT | Teach | travel expenses |
| 2. | Yale University | January 30, 2020 | New Haven, CT | Teach | travel expenses |
| 3. | Harvard University | January 31 -February 2, 2020 | Cambridge, MA | Speaker at Conference | travel expenses/hotel |
| 4. | Yale University | February 13, 2020 | New Haven, CT | Teach | travel expenses |
| 5. | Univ. Mich. Law School | February 23-25, 2020 | Ann Arbor, MI | Moot Court/Speaking | travel expenses/hotel |
| 6. | Yale University | February 27, 2020 | New Haven, CT | Teach | travel expenses |
| 7. | Yale University | March 5, 2020 | New Haven, CT | Teach | travel expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 04/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chin, Denny** | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Eastbank, N.A. bank accounts | A | Interest | M | T | | | | | |
| 2. Chase Bank bank accounts | A | Interest | L | T | | | | | |
| 3. Citibank bank accounts | B | Interest | M | T | | | | | |
| 4. Fidelity Investments Puritan Fund IRA | B | Dividend | K | T | | | | | |
| 5. Northwestern Mutual whole life insurance | A | Dividend | M | T | | | | | |
| 6. Dodge & Cox Stock Fund | D | Dividend | M | T | | | | | |
| 7. Vanguard Wellington Fund Admiral | E | Dividend | O | T | | | | | |
| 8. Vanguard Primecap Fund Admiral | G | Dividend | P1 | T | | | | | |
| 9. Vanguard Inst. Index Fund | E | Dividend | P1 | T | | | | | |
| 10. Vanguard Windsor II Fund Admiral | E | Dividend | O | T | | | | | |
| 11. Merrill Lynch Cash/Money Account | A | Interest | J | T | | | | | |
| 12. Blackrock Hi Yld Bd | C | Dividend | L | T | | | | | |
| 13. Doubleline Emerging | A | Dividend | L | T | | | | | |
| 14. Invesco Developing | F | Dividend | N | T | | | | | |
| 15. Nuveen Hi Yield Muni | B | Dividend | K | T | | | | | |
| 16. Skybridge G II Fund | A | Dividend | M | T | | | | | |
| 17. Vanguard Int'l Value Fund | D | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chin, Denny** | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total Bond Market Index Fund | C | Dividend | O | T | | | | | |
| 19. Vanguard Small-Cap Index Fund | B | Dividend | M | T | | | | | |
| 20. Vanguard Intermediate Term Investment Grade Fund | C | Dividend | M | T | | | | | |
| 21. Vanguard Int'l Growth Adm | E | Dividend | O | T | | | | | |
| 22. Vanguard Real Estate ETF | B | Dividend | L | T | Buy | 12/24/20 | L | | |
| 23. SPDR Gold Trust | A | Dividend | K | T | Buy | 08/05/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chin, Denny** | 04/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Question VI, the loan from spouse's retirement plan was repaid in full some years ago.  We should have deleted this item then.

For Question VII, I corrected line 14, as "Invesco Oppenheimer" changed its name to "Invesco Developing."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Denny Chin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544